UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, N.A.,
a National Banking Association,

        Plaintiff,                    Case No.:  2:09-cv-11527-SJM-MJH
                                       Hon. Patrick J. Duggan
v                                  (Reassigned from Judge Stephen J. Murphy, III)
                                       Magistrate Judge Michael Hluchaniuk

SHORE FINANCIAL SERVICES, INC.
a Michigan corporation,

        Defendant.                  **ORDER OF DISMISSAL**
                                      **WITH PREJUDICE**

_____/

Stephen T. McKenney (P65673)           Frank J. LaRocca (P35464)
**HYMAN LIPPITT, P.C.**                  **ISHBIA & GAGLEARD, P.C.**
Attorneys for Plaintiff                 Attorneys for Defendant
322 N. Old Woodward                251 Merrill, 2^nd^ Floor
Birmingham, MI 48009               Birmingham, MI 48009
(248) 646-8292/(248) 646-8375 fax    (248) 647-8590/(248) 647-8596 fax
smckenney@hymanlippitt.com       fjl@iglawfirm.com

David A. Applebaum (Minnesota #350606)
Troy M. Parrish (Minnesota #386949)
Motions for admission pending
Co-counsel for Plaintiff
**LEONARD, STREET AND DEINARD**
**PROFESSIONAL ASSOCIATION**
150 South Fifth Street, Ste. 2300
Minneapolis, MN 55402
(612) 335-1500/(612)335-1657 fax
troy.parrish@leonard.com

_____/

{00119503}

## ORDER OF DISMISSAL WITH PREJUDICE

This matter, having come before the Court upon the joint submission of this Order of Dismissal With Prejudice by the Plaintiff, JP Morgan Chase Bank, N.A., and the Defendant, Shore Financial Services, Inc. a Michigan corporation, by and through each of their respective counsel, seeking the entry of an Order of Dismissal With Prejudice, and with the Court otherwise being fully advised in the premises;

**IT IS HEREBY ORDERED** that this civil action, **BE, AND THE SAME IS HEREBY DISMISSED WITH PREJUDICE** and without the payment of Court costs and/or attorney fees by any party, with each party to bear their own costs.

> s/Patrick J. Duggan
> Patrick J. Duggan
> United States District Judge

Dated: July 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 30, 2009 ,by electronic and/or ordinary mail.
> s/Marilyn Orem
> Case Manager

Submitted by:

Approved as to form:
Notice of and Hearing Waived:


 _/s/ Stephen T. McKenney_____          /s/ Frank J. LaRocca_____
Stephen T. McKenney (P65673)                 Frank J. LaRocca (P35464)
**HYMAN LIPPITT, P.C.**                      **ISHBIA & GAGLEARD, P.C.**
Attorneys for Plaintiff                      Attorneys for Defendant
322 N. Old Woodward                          251 Merrill, 2nd Floor
Birmingham, MI 48009                         Birmingham, MI 48009
(248) 646-8292/(248) 646-8375 fax            (248) 647-8590/(248) 647-8596 fax
smckenney@hymanlippitt.com                   fjl@iglawfirm.com